UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

PEDRO DIAZ,

RECEIVED
SDNY PRO SE OFFICE

2021 JUL 15 PM 2:47

          Petitioner,

          -Against-

WILLIAM F. KEYSER, Supt of,
Sullivan Correctional Facility, Sub nom,

          Respondent.
--------------------------------------------------X

NOTICE OF MOTION

04-CV-1337 (NRB)

*ENDORSEMENT*

*This motion is a virtual carbon copy of a motion made on February 25, 2019 and denied on March 27, 2019. No reason having been presented to reach a different result, this motion is denied. Naomi Reice Buchwald, USDS 12/2/21*

**PLEASE TAKE NOTICE,** that upon the annexed affidavit of PEDRO DIAZ,

being duly sworn to on the 12th day of July 2021, the attached Exhibits, upon all papers,

and proceedings heretofore had, a motion will be made, in the United States District Court,

Southern District of New York, 500 Pear Street, New York, New York 10007, or as soon

thereafter, for an order, and an independent action pursuant to Rule 60(b)(6), for relief from

this Court's decision, rendered on March 27, 2007, denying petitioner's habeas corpus, and

to reopen denial of said writ of habeas corpus, pursuant to Rule 60(b)(6), as outlined in the

affidavit, and for such other and further relief as the court deem just, equitable, and proper.

Dated: July 12th, 2021
      Fallsburg, New York

                          Respectfully submitted,

                          Pedro Diaz-#96-A-1287
                          Sullivan Correctional Facility
                          P.O. Box 116
                          Fallsburg, NY 12733

To:

Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

D.A. Cyrus R. Vance, Jr.
New York County District Attorney
One Hogan Place
New York, NY 10013